**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-7409**

THOMAS M. ACCARDI, SR.,

       Plaintiff - Appellant,

    v.

CORRECTIONAL OFFICER COLEY; SERGEANT BROUNSON; LIEUTENANT WHEELER,

       Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Louise W. Flanagan, District Judge. (5:20-ct-03093-FL)

Submitted: December 16, 2021            Decided: December 20, 2021

Before WYNN and RICHARDSON, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Thomas M. Accardi, Sr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas M. Accardi, Sr., appeals the district court's order granting summary judgment as to two defendants in his 42 U.S.C. § 1983 action, declining to enter default judgment against a third defendant, and dismissing without prejudice Accardi's § 1983 claims. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Accardi v. Coley*, No. 5:20-ct-03093-FL (E.D.N.C. Sept. 17, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*